No. 1140, Misc.  CROSS *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1299, Misc.  PERRA *v.* MINNESOTA.  Supreme Court of Minnesota.  Certiorari denied.

No. 1305, Misc.  GLAZEWSKI *v.* SIGAFOOS ET AL.  Supreme Court of New Jersey.  Certiorari denied.

No. 1311, Misc.  SMYTHE *v.* RUNDLE, WARDEN.  Supreme Court of Pennsylvania.  Certiorari denied.

No. 1330, Misc.  BANKER *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 1332, Misc.  PUNTURI *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 1338, Misc.  HALL *v.* MARYLAND.  Court of Appeals of Maryland.  Certiorari denied.

No. 1339, Misc.  COLLINS *v.* RANDOLPH, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 1340, Misc.  RAMSEY *v.* BOLES, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 1342, Misc.  BURTON *v.* THOMAS, WARDEN.  Court of Appeals of Kentucky.  Certiorari denied.

No. 1341, Misc.  PRYOR *v.* THOMAS, WARDEN.  Court of Appeals of Kentucky.  Certiorari denied.